Randall TALLMAN, Appellant,

v.

William R. RAPPS, Director of Division of Child Support Enforcement, and Christine Tallman Glenn, Respondents.

No. 64951.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 15, 1994.

Ira M. Potter, St. Louis, for appellant.

J. Michael Ponder, Cape Girardeau, for respondents.

Before CARL R. GAERTNER, P.J., and CRANE, and AHRENS, JJ.

*ORDER*

PER CURIAM.

This is an appeal from the judgment and order of the Circuit Court of St. Francois County ordering that appellant pay back and future child support. We find no error in the judgment of the trial court. In addition, we find that no jurisprudential purpose would be served by a written opinion. We affirm the judgment of the trial court pursuant to Rule 84.16(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for this decision.

STATE of Missouri, Respondent,

v.

Ronald WILSON, Defendant/Appellant.

No. 65603.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 15, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction of possessing a prohibited article in a correctional institution, a class B felony, § 217.360.1(4) RSMo (Supp.1993). Defendant was sentenced to seven years imprisonment as a prior offender, with the sentence to run consecutively with his current sentence. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the Commission is affirmed in accordance with Rule 30.25(b).